*28*

United States District Court
Southern District of Texas
FILED

MAR 2 8 2017

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **Criminal No.** **M-17-453** |
| **MANUEL LOPEZ-CORONADO** **also known as Juan Lopez Cruz** | § § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about January 25, 2017, in the Southern District of Texas and within the jurisdiction

of the Court, defendant,

**MANUEL LOPEZ-CORONADO**
**also known as Juan Lopez Cruz**

an alien who had previously been denied admission, excluded, deported and removed, knowingly

and unlawfully entered, attempted to enter, and was at any time found in the United States, to wit:

near Edinburg, Texas, said defendant not having obtained the consent to reapply for admission

into the United States from the Attorney General of the United States and Secretary of Homeland

Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY